USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/20

# TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
305 BROADWAY
SUITE 1400
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
[STREET]
[SUITE] 800
[WHITE PLAINS, NY] 10601
[(914)] -5998
[(914)] -0995

---

**APPLICATION GRANTED:**

Defense supplemental submission due 2/7/2020. The conference scheduled for 2/4/2020 is adjourned to 2/28/2020 at 2:30 pm. Time is excluded under the Speedy Trial Act until 2/28/2020 in the interest of justice and because of the pending motion.

SO ORDERED:

Vincent L. Briccetti, U.S.D.J.       Date  1/27/20

---

Honorable Vincent L. Briccetti
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**BY ECF and EMAIL/PDF**

Re:   **United States v. Deshawn Smalls**
      **19 Cr. 232 (VB)**
      **Request for Extension for Defense Submission**

Dear Judge Briccetti:

I am appointed to represent Mr. Smalls pursuant to CJA. On January 7, 2020, the Court set a supplemental briefing schedule with the Government's submission due on January 21, 2020, the defense submission by January 28, 2020 and the next conference was set for February 4, 2020 at 10:00 am.

Based upon the Government's submission and additional Rule 16 discovery which was turned over to me, I am requesting an extension to Friday, February 7, 2020 in which to respond.

If this request is granted, it is my understanding that Friday, February 28, 2020 at 2:30 pm is a convenient time for the Court and the parties to appear for conference.

I have spoken with AUSA James Ligtenberg who has no objection to this application.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Jim Ligtenberg (By ECF and Email/PDF)