UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

v.                                           :          **ORDER**        2/28/20

DESHAWN SMALLS,                              :          19 CR 232 (VB)
                          Defendant.         :
-------------------------------------------------------------x

For the reasons stated on the record at today's hearing, defendant Deshawn Smalls's

motion to suppress his February 18, 2019, statement is DENIED.

The Clerk is instructed to terminate the motion. (Doc. #10).

Dated: February 28, 2020
        White Plains, NY

                          SO ORDERED:

                          _____
                          Vincent L. Briccetti
                          United States District Judge