UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA                           :
                                                   :
v.                                                 :        **ORDER**
                                                   :
DESHAWN SMALLS,                                    :        19 CR 232 (VB)
                              Defendant.           :
-----------------------------------------------------------x

        **The conference in this case is now rescheduled for <u>July 8, 2020, at 3:00 p.m.,</u> for the
purpose of the entry of a guilty plea.**

        Because of the current public health emergency, the Court expects to conduct the
proceeding by videoconference via Skype for Business (or by telephone conference if
videoconferencing is not reasonably available), provided that defendant waives his right to be
physically present and consents to appear by video or telephone after consultation with counsel.

        Accordingly, it is hereby ORDERED:

        1.      By <u>July 1, 2020</u>, defense counsel shall advise the Court in writing as to whether
defendant, after consultation with counsel, waives his right to be physically present and consents
to appear by video or telephone for the proceeding.

        2.      Also by <u>July 1, 2020</u>, either party (or both parties) shall explain in writing the
specific reasons why the guilty plea cannot be further delayed without serious harm to the
interests of justice.

        3.      The proceeding will be conducted through Skype for Business.  In advance of the
proceeding, Chambers will email all counsel with further information on how to access the
proceeding.  Those participating by video will click on the link or calendar invite to be provided
by Chambers.  Only the Court, the defendant, defense counsel, and counsel for the government
will appear by video for the proceeding; all others will participate by telephone.  Only one
counsel per party may participate by video.  Co-counsel, members of the press, and the public
may access the audio feed of the proceeding by calling **(917) 933-2166** and entering
**Conference ID:  815320521#.**

        4.      To optimize use of the Court's videoconferencing technology, all participants
appearing by video must:

                a.      Use a web browser other than Microsoft Explorer to access Skype for
                        Business;

                b.      Use hard-wired internet or WiFi.  If using WiFi, the device should be
                        positioned as close to the WiFi router as possible to ensure a strong signal.
                        (Weak signals may cause delays or dropped feeds.)

      c.      Minimize the number of others using the same WiFi router during the proceeding.

    5.      If Skype for Business does not work well enough and the Court decides to transition to its teleconference line, counsel and defendant should call **(888) 363-4749 (toll free) or (215) 446-3662** and use Access Code **1703567**.  (Members of the press and public may call the same number but will not be permitted to speak during the proceeding.)

Dated: June 24, 2020
      White Plains, NY

                      SO ORDERED:

                      Vincent L. Briccetti
                      United States District Judge