UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

__USA_____,
               Plaintiff(s),

v.

__Deshawn Smalls____
               Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/20

**CALENDAR NOTICE**

19 CR 232 (VB)

16 CR 510-3

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/re-scheduled for:

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

✓ Sentencing

on __12/2/__, 20_20_, at __11:00 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __10-16-20__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __10-1-__, 20 _20_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge