UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
__USA__,
Plaintiff(s),

v.

__DeShawn Smalls__
Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

__19 Cr 232__ (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

\_\_\_ Status conference

\_\_\_ Telephone conference

\_\_\_ Pre-motion conference

\_\_\_ Settlement conference

\_\_\_ Oral argument

\_\_\_ Bench ruling on motion

\_\_\_ Final pretrial conference

\_\_\_ Jury selection and trial

\_\_\_ Bench trial

\_\_\_ Suppression hearing

\_\_\_ Plea hearing

✓ Sentencing

on __4-7-__, 20__21__, at __2:30 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __1-29-21__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __1-8-__, 20__21__
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge